FILED
OCT - 1 2013
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

VALENCIA GARNER ) MASTER FILE NO._____
    PLAINTIFF P.O. Box 2349 )
    Atlanta, GA 30301 )
 ) CLASS ACTION
V/S )
 )
 ) Case: 1:13-cv-01521
UNITED STATES OF AMERICA/    Assigned To : Unassigned
CENTRAL INTELLIGENCE AGENCY/    Assign. Date : 10/1/2013
INTERNAL REVENUE SERVICES    Description: Pro Se Gen. Civil
COMMISSIONER: DANIEL L. WERFEL
    DEFENDANT

MOTION : COMPLAINT ON INTERNAL REVENUE LAWS

I VALENCIA GARNER, AM A RESIDENT OF ,THE CITY OF ATLANTA STATE OF GEORGIA, FULTON COUNTY. I CAN BE REACHED AT, P.O. BOX 2349, ATLANTA, GEORGIA 30301. PHONE NUMBER IS 404-207-6763.(UPDATE) DEFENDANTS ARE LOCATED AT, 75 SPRING STREET, 2211 U.S.COURTHOUSE #600. U.S. ATTORNEYS. FOR DEFENDANTS INTERNAL REVENUE SERVICE, COMMISSIONER: DANIEL L. WERFEL. AND EMPLOYEES. 404-.581-6000.

RECEIVED
AUG 29 2013
Clerk, U.S. District and
Bankruptcy Courts

MONEY JUDGEMENT FOR REDRESS:

1

_Don't have money for extra paper. Sent killers to counterfeit heading_ 1

ALSO, US ATTORNEY DISTRICT OF COLUMBIA, 555 FOURTH STREET, NW, WASHINGTON, DC, 20530. 1-202-514-7228.

COMMISSIONER: DAINEL L FERWEL, INTERNAL REVENUE SERVICE, SUITE 2413, 1111 CONSTITUTION AVENUE, NW, WASHINGTON, DC 20224, CENTRAL INTELLGENCE AGENCY, OFFICE OF PUBLIC AFFAIRS, WASHINGTON DC, 20505- 1-703-482-0623.

CAME TO YOUR JURSIDCITION BECAUSE DAMAGES HAS GROWN OVER SQUILLIONS OF DOLLARS. WHEN, CAUSE OF ACTION EXCEED OVER 100,000.00. WE ARE ABLE TO CONTACT ANOTHER STATE FOR HELP.

2.    *Valmeia Carw* (signature)

I have had to many reckless off-sets, Thaddeus Bradley and Oscar Garner also. To steal our identities out of, The system with Administrative abuse. And thoughts to murder.

Internal Revenue Services are aiding custom, Most Wanted Killers to disguise as establishment of religion in, Internal Revenue Organizations,

Under, The Treasury Program to intentionally cause us Financial hardship to survive (IRS).

Internal Revenue Employees robbed me of timely manners, In addition, Teamed up with other robbers to steal half of 2012 Federal Refund. By public corruption of, establishment process of religion, and

Secondly, Conspired, Class Action. As Human Health Services Employees. Custom disguised under Child support program to rob me. by off-set. Of refund to take ½ of refund amount to cause us hardship to live. And to stay stable in daily living.

Refunded amount is 4074.00.

I have never had to wait so disgracefully. I applied on paper, and sent off

in, December 2012. I called in, June 2013. Because refunded was not in mailbox. Phone records can give information on attacks by killers on phone lines. As customer service. Of Internal Revenue.

Son, Thaddeus Bradley is a witness. Of me being cooperative anyway.

When killer set up under, Human Health Services Program. Class Action for ransom money .

By, setting up under another system operation. As Adminstrative. But never anything written as to how. I am to give son money.

Other problems with IRS and release of property proper.

Always delayed refunded. And stimulus checks not received. Received one Which burgulary occurred. Stealing check and replaced it with one for 600.00. Check was for $900.00. Each of us was entitled to 300.00 . 900.00 x 6=5400.00.

From Year 2007-2013. I haven't received any stimulus money for those years.

4.

Alpha Nursing Service. Never correct proper w-2. Advocate was setup for murder reasons. After enforcing company to due so , and didn't. Nothing has happen since five years ago. After staying that Internal Revenue Advocates would.

Mismanagement of records, Violation of time. Mismangement of IRS operation . False Claims, False representation. Under Advocates. Misrepresentation, Misconduct, Fraud.

Since, I first started working. In 1982. I have had problems with being issued . The right amount of credits. For a refunded. Aids have been stealing my w-2. So, I couldn't report to, IRS. For a refunded.

I found out H.R. Block hasn't been giving me. The right amount of credits for child tax credit. 1995. I worked and other employments also. And wasn't giving a refunded.

Here is a copy of my exhitbit
1. A letter stating refunded was being processed. Since June.

2. A number for, when. I had gone inside IRS. On 401 West Peachtree Street. To get help releasing refunded. I was attacked by aid custom designed as security on, The premises there. Demanding me to leave. He attacked me violately picking on me.
   I spoke with gentlemen downstairs in security, He refuse to do anything about him

5.  *Valencia Carny*

MONEY JUDGEMENT FOR REDRESS:

RELIEF FOR REDRESS
1. USCA 9: 645, 503, 550, 540, 548, (1992)- ENTRAPMENT- 999,000,000,000,000,000,000.00 X 50

2. USCA 18: 2113 – ROBBERY-999,000,000,000,000,000,000.00 X 50

3. USCA- CAPITOL MURDER-18 U.S.C. § 1111   US Code - Section 1111  **Murder(a) Murder** is the unlawful killing of a human being with malice aforethought. Every **murder** perpetrated by poison, lying in wait, or any other kind of willful ... 999,000,000,000,000,000.00 X 100 ETC...

4. USCA- FIRST DEGREE MURDER-USC 18:1111- 999,000,000,000,000,000.00 X 50

5. USCA- PREMEDITATED MURDER, TRANS AIDS-USC 18:1111- 999,000,000,000,000,000.00 X 150

6. TREATIES 6:1

7. USCA 42:45 - FAIRHOUSING ACT-
TITLE VIII- 42: 6101-
USCA 42:3601-3619- DISABLE FAIRHOUSING- 999,000,000,000,000,000.00 X 50
USCA 42:3604- DISCRIMINATION FAIRHOUSING- 999,000,000,000,000,000.00 X 50

8. US CONSTITUTION FIFTH- DISCRIMINATION- 999,000,000,000,000,000.00 X 40

9. USCA 15:1-7 , JULY 2, 1890- ANTITRUST- 999,000,000,000,000,000.00 X 100

( 1 )

10.  USCA 44:3303a - ORGANIZED CRIME-

11.  USCA 18:96- RICO-999,000,000,000,000,000,000.00 X 50

12.  US CONSITITUTION FOURTEEN-999,000,000,000,000,000,000.00 X 100

13.  USCA PAIN AND SUFFERING-999,000,000,000,000,000,000.00 X 100

14.  USCA FUTURE PLANS TORT-999,000,000,000,000,000,000.00 X 100

15.  USCA- EMOTIONAL DISTRESS-999,000,000,000,000,000,000.00 X 100

16.  US CONSTITUTION FOURTEEN- DISCRIMINATION-999,000,000,000,000,000,000.00 X 40

17.  USCA- 18:50- GAMBLING(1001-1084)-999,000,000,000,000,000,000.00 X 50

18.  USCA-18:23-CONTRACTS-999,000,000,000,000,000,000.00 X 50

19.  USCA-18:27-CUSTOM(541-555)-999,000,000,000,000,000,000.00 X50

20.  USCA-18:109A- SEX OFFENDERS-999,000,000,000,000,000 X50

21.  USCA(A)-18:109A BURGULARY(2111-2119)-999,000,000,000,000,000,000.00 X 50

2

22.  USCA-63:18- MAIL FRAUD-999,000,000,000,000,000.00 X 40

23. USCA-31(641-670) THEFT,FORGERY-999,000,000,000,000,000,000.00 X 40

24. USCA-18:77-(1581-1597)SLAVERY-999,000,000,000,000,000,000.00X40

25. USCA-18:351-KIDNAPPING, ASSAULT- 999,000,000,000,000,000,000.00 X 40

26. USCA-19:371-373- CONSPIRACY-999,000,000,000,000,000,000.00 X40

27. USCA-18:25 (470-514)COUNTERFEITING-FORGERY- 999,000,000,000,000,000,000.00 X 40

28. USCA- CIVIL RIGHTS ACT- 18:13:241,242,243,244,245,246,247,249,248- 999,000,000,000,000,000,000.00 X 50

29. USCA-DIGNITARY TORT- PRIVACY ACT OF 1974 , USC 5:552a- INVASION, INTENTIONAL, CONSPIRACY- 999,000,000,000,000,000,000.00 X 50

30. US CONSTITUTION.AMEND.5- IMPLICIT GUARANTEE EQUAL PROTECTION OF THE LAWS-999,000,000,000,000,000.00 X 40

31. US CONSTITUTION. AMEND.XIV- TREATED UNEQUAL IN GROUPS-999,000,000,000,000,000.00 X 50

32. TITLE VII OF CIVIL RIGHTS ACT OF 1964- SEX, PREGNANCY, CHILDBIRTH, RELATED MEDICAL CONDITIONS- 999,000,000,000,000,000,000.00 X 50

33. ETC..... NEED ATTORNEY REPRSENTATION

(4)

~~UNITED STATES DISTRICT COURT~~
~~FOR THE~~ ~~NORTHERN DISTRICT OF GEORGIA~~
~~ATLANTA GEORGIA~~
~~COLUMBIA~~

United States District Court For The District Of Columbia

| | |
|---|---|
| VALENCIA GARNER<br>    PLAINTIFF | ) MASTER FILE NO._____<br>)<br>)<br>) <u>CLASS ACTION</u> |
| V/S | )<br>)<br>) |
| UNITED STATES OF AMERICA/<br>CENTRAL INTELLIGENCE AGENCY/<br>INTERNAL REVENUE SERVICES<br>COMMISSIONER: DANIEL L. WERFEL<br>    DEFENDANT | |

<u>MOTION : RULE 64.1 ENFORCEMENT OF INTERNAL REVENUE LAWS</u>
<u>ARREST WARRANT, SEARCH AND SEIZURE</u>

I VALENCIA GARNER, AM A RESIDENT OF ,THE CITY OF ATLANTA STATE OF GEORGIA, FULTON COUNTY. I CAN BE REACHED AT, P.O. BOX 2349, ATLANTA, GEORGIA 30301. PHONE NUMBER IS 404-207-6763.(UPDATE) DEFENDANTS ARE LOCATED AT, 75 SPRING STREET, 2211 U.S.COURTHOUSE #600. U.S. ATTORNEYS. FOR DEFENDANTS INTERNAL REVENUE SERVICE, COMMISSIONER: DANIEL L. WERFEL. AND EMPLOYEES. 404-581-6000

ALSO, US ATTORNEY DISTRICT OF COLUMBIA, 555 FOURTH STREET, NW, WASHINGTON, DC, 20530. 1-202-514-7228. COMMISSIONER: DAINEL L FERWEL, INTERNAL REVENUE SERVICE, SUITE 2413, 1111 CONSTITUTION AVENUE, NW, WASHINGTON, DC 20224, CENTRAL INTELLGENCE AGENCY, OFFICE OF PUBLIC AFFAIRS, WASHINGTON DC, 20505- 1-703-482-0623.

NEED SEARCH BECAUSE EMPLOYEES OF INTERNAL REVENUE ARE CUSTOM DISGUISED ALIAS. UNDER DIFFERENT IDENTITIES ALL. THE TIMES. THEY ARE CONTRACT BY FEDERAL AGENTS OF (CIA) TO MURDER US. AND ARE OPERATING A MURDER PROGRAM OFF INTERNAL RENUE ESTABLISHMENT OF RELIGION TO KILL. CONSTANT VIOLATIONS TO ROBB ME OF REFUNDS. OVER, THE YEARS OF TWENTY. SEARCH AND ARREST ALL DISGUISED KILLERS ALIAS INSIDE OPERATION. I HAVE A INDICTMENT FOR THEM AND THEY ARE MOST WANTED. AND DANGEROUS KILLERS. WITH COUNTERFEIT CEREDENTIALS AS THOUGH LEGAL.

THANK YOU, VALENCIA GARNER

*Valencia Garner* (signature)

2